BEFORE THE THIRD DIVISION, APRIL 30, 1959

No. 63005.—Rohner, Gehrig & Co., Inc. *v.* United States, protest 58/5464 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63006.—Lewis International Co. *v.* United States, protest 58/10560 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.